# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

FELIX MARTINEZ,

      Plaintiff,

vs.                                          No. 1: 16-cv-1413-WJ-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

      Defendant.

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court *sua sponte* after reviewing the record. The parties have now submitted their pleadings, and the Commissioner has lodged the administrative record. The Court will therefore set a briefing schedule to address the merits.

Accordingly, it is **ORDERED** that pursuant to D.N.M.LR-Civ. 7.3, Plaintiff file and serve his motion to reverse or remand agency decision together with a supporting memorandum of law on or before **July 26, 2016**. Defendant shall file and serve her response on or before **September 27, 2017**; and Plaintiff may file and serve his reply, if any, on or before **October 11, 2017**.

It is further **ORDERED** that all motions, responses, replies, and supporting memoranda specifically cite the administrative record for assertions of fact (*e.g.* AR 15) and that legal propositions cite appropriate authority.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE