# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FELIX MARTINEZ,

    Plaintiff,

v.

                No. 1:16-cv-01413-WJ-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed February 21, 2018. (Doc. 24). The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. Neither party has filed objections to the PFRD and the time to do so has now passed.

IT IS THEREFORE ORDERED that:

1) the PFRD (Doc. 24) is adopted as an order of the Court;

2) Plaintiff's motion to reverse and remand the adverse agency determination (Doc. 19) is granted and the matter is remanded for additional proceedings as recommended by the magistrate judge.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**